UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    NATHAN L. HARRIS AND
    STEPHANIE M. HARRIS FKA
    STEPHANIE M. HERRON FKA
    STEPHANIE M. BALCH            CASE NO. 20-40229-MLO
                                          CHAPTER 13
                                          HONORABLE MARIA L. OXHOLM

              DEBTORS.
_____/
PETER A. TORRICE (P68242)
Attorney for Debtors
32059 Utica Road
Fraser, MI 48026
(586) 285-1700
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

# OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ("Creditor"), for its Objection to Confirmation of Debtors' Chapter 13 Plan, states as follows:

    1.    The Creditor is the owner of the 2018 Dodge Charger bearing vehicle identification number 2C3CDXJG8JH230764.

    2.    The gross outstanding indebtedness owing to the Creditor under the terms of the Lease Agreement at the time of filing of the Bankruptcy was $21,414.27.

    3.    The monthly payments under the terms of the Lease Agreement are $349.87.

4. The Plan states that the Debtors will assume the lease and make monthly payments of $349.87.

5. The Plan states the arrearage on the lease of $349.87 to be paid over six months at $58.32 per month.

6. The Creditor requests proof of full-coverage insurance.

7. The Creditor objects to Section III.B.1.b., which provides for the Trustee to withhold monies for disbursement for attorney fees up to the sum of $3,500.00.

8. Payment of attorney fees as provided for in the Plan will delay payments to the Creditor in violation of the equal monthly payment requirement of 11 U.S.C. § 1325(a)(5)(B)(iii).

9. The Plan fails to provide for a prompt cure and adequate assurance of future performance as required by 11 U.S.C. § 365.

10. The lease expires March 25, 2021. All payments due under the terms of the Lease Agreement must be paid on or before that date.

In conclusion, the Creditor requests that this Court grant the relief requested and not confirm the Chapter 13 Plan until these Objections are resolved.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: June 23, 2020