UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    NATHAN L. HARRIS AND
    STEPHANIE M. HARRIS FKA
    STEPHANIE M. HERRON FKA
    STEPHANIE M. BALCH        CASE NO. 20-40229-MLO
                                            CHAPTER 13
                                            HONORABLE MARIA L. OXHOLM

              DEBTORS.
_____/

PETER A. TORRICE (P68242)
Attorney for Debtors
32059 Utica Road
Fraser, MI 48026
(586) 285-1700
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 23rd day of June, 2020, a copy of the Objection of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. to Confirmation of Debtors' Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| Tammy L. Terry | Peter A. Torrice |
| Trustee | Attorney at Law |
| 535 Griswold, Suite 2100 | 32059 Utica Road |
| Detroit, MI 48226 | Fraser, MI 48026 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                           O'REILLY RANCILIO P.C.

                                           */s/ Craig S. Schoenherr, Sr.*
                                           _____
                                           CRAIG S. SCHOENHERR, SR. (P32245)
                                           Attorney for Creditor
                                           12900 Hall Road, Suite 350
                                           Sterling Heights, MI  48313-1151
                                           (586) 726-1000
                                           ecf@orlaw.com

DATED:  June 23, 2020